# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | M10 |
| Violation Number | F06I004Y |
| Officer Name | Wallace |
| Officer No. | 2496 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 10/20/2025 11:51 |
| Offense Charged | FED 36CFR261.10B |
| Place of Offense | HWY 12 mile marker 11 |
| Offense Description: Factual Basis for Charge | Residing on national forest system land |
| HAZMAT | ☐ |

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Phone: | |
| Last Name | Getchell |
| First Name | Christine |
| M.I. | A |
| Street Address | |
| City | |
| State | |
| Zip Code | |
| Date of Birth (mm/dd/yyyy) | |
| Drivers License No. | |
| CDL | ☐ |
| D.L. State | |
| Social Security No. | |
| Adult ☐ Juvenile ☐ | |
| Sex M ☐ F ☐ | |
| Race | |
| Hair | |
| Eyes | |
| Height | |
| Weight | |

### VEHICLE

| Field | Value |
|---|---|
| VIN: | 1C3EL46X22N250729 |
| CMV | ☐ |
| Tag No. | CBJ3341 |
| State | WA |
| Year | 2002 |
| Make/Model | CHRY/SEBRING |
| PASS | ☐ |
| Color | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 200.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT   $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Field | Value |
|---|---|
| Court Address | 201 E. Broadway, Missoula, Montana 59802 |
| Date (mm/dd/yyyy) | |
| Time (hh:mm) | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F06I004Y

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     10/20/2025     while exercising my duties as a law enforcement officer in the               District of     MT    

Pursuant to 16USC 551: On October 20, 2025, at approximately 1145 hours, while patrolling the HWY 12 corridor in the Missoula Ranger District, I observed a white Chrysler sedan with Washington plates near mile marker 11. Based on my training and experience, the setup resembled a transient camp. I had received multiple reports from a concerned citizen in Lolo, MT regarding a female named Christy, believed to be living in the woods and driving a white sedan with Washington plates.

I approached the vehicle and observed a female sleeping in the backseat. I suspected this was the individual referenced in prior reports. I recalled that Forest Service Law Enforcement Officer P. Legg had issued a food storage citation (#FBGA002P) on October 5, 2025, to a Christine GETCHELL in the HWY 12 area. I ran the Washington license plate through Missoula County Sheriffs Office dispatch, which confirmed the vehicle was registered to Christine GETCHELL.

GETCHELL stated she was not living at the site but acknowledged she had no residence and was "surviving." I initially offered her until October 23, 2025, to relocate. When asked to spell her name for my report, she refused and pointed to her license plate. I explained I was out of cell and internet range and could not retrieve her full information without using the radio, which was impractical.

Despite being informed she was in violation of Forest Service regulations and required to provide identification, GETCHELL continued to refuse. I then rescinded the relocation offer and issued her a citation.

GETCHELL was issued violation notice number F06I004Y. She was in violation of 36 CFR 261.10(b) – Unauthorized occupancy on National Forest System lands.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     10/20/2025
Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;      PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident