UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE A GETCHELL,<br><br>Defendant. | CVB Case No. 9:25-po-05114-KLD<br><br>Ticket No. F06I004Y<br><br>Location Code: M10<br><br>Disposition Code:   NC |

**JUDGMENT IN A CRIMINAL CASE**

The Defendant, CHRISTINE A GETCHELL, was present in court for the charge of:

MISCELLANEOUS GENERAL OFFENSES, OTHER

The government moved to dismiss the above referenced violation. **IT IS ORDERED** that the violation notice F06I004Y is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this Judgment to the Defendant and to the Central Violations Bureau. CVB is directed to enter NC as the disposition code in this matter.

DATED this 27th day of January, 2026.

Kathleen L. DeSoto
United States Magistrate Judge